IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEN JOSEPH,          )<br>                      )<br>   Plaintiff,       )<br>                      )<br>v.                    )<br>                      )<br>MCCURDY & CANDLER, and U.S. )<br>BANK NATIONAL ASSOCIATION, )<br>AS TRUSTEE,           )<br>                      )<br>   Defendants.      )<br>                      ) | CIVIL ACTION NO.<br>1:13-CV-04122-JEC-RGV |

## DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12, Defendant U.S. Bank National Association ("U.S. Bank") hereby files its Motion to Dismiss Plaintiff's Complaint and First Amended Complaint. The grounds for this Motion are set forth in the Brief in Support filed herewith.

194437.1

Respectfully submitted this 13th day of May, 2014.

/s/ Christopher S. Anulewicz
Christopher S. Anulewicz
Georgia Bar No. 020914
E-mail: canulewicz@balch.com
Geremy Gregory
Georgia Bar No. 885342
E-mail: ggregory@balch.com

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

ATTORNEYS FOR DEFENDANT
U.S. BANK NATIONAL ASSOCIATION

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 13th day of May, 2014.

                                          /s/ Christopher S. Anulewicz
                                          Christopher S. Anulewicz
                                          Georgia Bar No. 020914

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed the Clerk of Court using the CM/ECF system and served upon the following by U.S. Mail, properly addressed and postage prepaid, on this the 13th day of May, 2014:

>Ken Joseph
>596 Middleton Place
>Grayson, GA 30017
>
>McCurdy & Candler
>Six Piedmont Center, Suite 700
>3525 Piedmont Road, NE
>Atlanta, Georgia 30305

>/s/ Christopher S. Anulewicz
>Christopher S. Anulewicz
>Georgia Bar No. 020914