# EXHIBIT A

51505
00170

BK51505 PG0170

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY GA

2012 JUL 18 PM 2:00

RICHARD ALEXANDER, CLERK

When Recorded, Return to:
Attention: Anthony DeMarlo/Foreclosure Dept/sm
McCurdy & Candler, L.L.C.
3525 Piedmont Road NE, Six Piedmont Center, Suite 700
Atlanta, GA 30305

*Clerk please cross reference to
Security Deed in Deed Book 47511, Page 662
Assignment in Deed Book 49660, Page 151
Recorded 8/17/2009
Gwinnett County, Georgia Records

STATE OF CALIFORNIA
COUNTY OF VENTURA

File No. 09-14424

MIN# 1003780-0011003106-1

Tel. 1-888-679-6377

## *CORRECTIVE ASSIGNMENT OF SECURITY DEED

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. as nominee for Bayrock Mortgage Corporation, its successors and assigns. (hereinafter referred to as "Assignor") hereby sells, assigns, transfers, sets over and conveys without recourse unto U.S. Bank, National Association, as Trustee for The Holders of The Specialty Underwriting and Residential Finance Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-AB1 (hereinafter referred to as "Assignee"), whose address is 7105 Corporate Drive Plano, TX 75024, that certain Security Deed or Deed to Secure Debt executed by Glenda Joseph and Ken Joseph to Mortgage Electronic Registration Systems, Inc. as nominee for Bayrock Mortgage Corporation, its successors and assigns. and dated January 10, 2007, recorded in Deed Book 47511, Page 662, Clerk's Office, Superior Court of Gwinnett County, Georgia, together with the real property therein described, which has the property address of 596 Middleton Place, Grayson, Georgia 30017; and also the indebtedness described in said Deed and secured thereby, having this day been transferred and assigned to the said Assignee together with all of Assignor's right, title and interest in and to the said Deed, the property therein described and the indebtedness secured; and the said Assignee is hereby subrogated to all the rights, powers, privileges and securities vested in Assignor under and by virtue of the aforesaid Security Deed or Deed to Secure Debt.

*This Corrective Assignment of Security Deed is being recorded to correct the name of the Assignee.

This Assignment of Security Deed is executed on this 09 day of July, 2012.

Signed, sealed and delivered
in the presence of:

Mortgage Electronic Registration Systems, Inc. as nominee for Bayrock Mortgage Corporation, its successors and assigns.

By: Mary Ann Hierman
Its: Mary Ann Hierman
Name: Assistant Secretary

_____ Alda Duenas
Witness

By: _____
Its: Dominique Johnson Assistant Secretary
Name:

_____
Witness  Mercedes Judilla

ACKNOWLEDGMENT

State of California
County of VENTURA

On JULY 9, 2012 before me, S. Greenwald Notary Public
(Insert name and title of the officer)

Personally appeared Mary Ann Hierman And Dominique Johnson
Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____ (Seal)

S. GREENWALD
COMM. 1893744
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm Expires June 25, 2014

0071956

M&C File No.09-14424

63

9