# EXHIBIT B

49660
00151

BK49660PG0151

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

09 AUG 17 PM 2:00

TOM LAWLER, CLERK

When Recorded Return To:
McCurdy and Candler, LLC
Attn: GA Foreclosure Department
250 E Ponce De Leon Avenue
Suite 600
Decatur, GA 30030

Loan: 4535088
MIN 100378000110031061
APN / Tax ID:

This area for recording office use

09-14424 **Corporate Assignment of Mortgage/Deed of Trust**

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-AB1

with an address of 60 Livingston Avenue, Corporate Trust, St. Paul, MN 55101

All beneficial interest under that certain Mortgage/Deed of Trust dated 01/10/2007 and executed by KEN JOSEPH AND GLENDA JOSEPH the original lender being
BAYROCK MORTGAGE CORPORATION, in the original amount of $260,000.00

Recorded on 01/26/2007 in book 47511 at page 0662 as Instrument No. of Official Records in the County Recorder's office of GWINNETT, State of Georgia.

Property Address: 596 MIDDLETON PL., GRAYSON, GA 300174053

See attached legal description

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under this Mortgage/Deed of Trust.

(Corporate Seal)

"MERS" is Mortgage Electronic Registration Systems, Inc. as Nominee for BAYROCK MORTGAGE CORPORATION

Name: Melissa Tomlin
Title: Assistant Secretary

Witness: Lori Umberger

Witness: Justin Burns

STATE OF OR
COUNTY OF Washington

On 8/5/2009 before me, Shelby Tisdale, Notary Public, Personally appeared Melissa Tomlin, who is the Assistant Secretary of Mortgage Electronic Registration Systems, Inc. as Nominee for BAYROCK MORTGAGE CORPORATION, Personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

OFFICIAL SEAL
SHELBY TISDALE
NOTARY PUBLIC-OREGON
COMMISSION NO. 409849
MY COMMISSION EXPIRES SEPT. 11, 2010

Shelby Tisdale, Notary Public

0076909