**This form to be completed by the United States District Court Clerk's Office and dated and signed by the Defendant only.**

## WAIVER OF SERVICE OF SUMMONS

TO:   THE CLERK OF COURT, NORTHERN DISTRICT OF GEORGIA on behalf of:

Ken Joseph (Plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of *Ken Joseph vs. U.S. Bank National Association*, which is case number 1:13-cv-4122-JEC, in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity of whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court and served upon you within 60 days after _____, or within 90 days after that date if the request was sent outside the United States.

_5/13/14_  
Date

Signature

Printed/Typed Name: _Christopher S. Anderson_

[as _Counsel_ ]
[of _△ U.S. Bank_ ]