UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEN JOSEPH,<br><br>             Plaintiff,<br><br>vs.<br><br>MCCURDY & CANDLER, et al..<br><br>             Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-4122-WBH |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation as to Defendants' Motions to Dismiss, and the court having adopted said recommendation and granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed** pursuant to Fed. R. Civ. P. 12(b)(6) and judgment is entered in favor of defendants.

Dated at Atlanta, Georgia, this 28th day of October, 2014.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Denise D.M. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 28, 2014
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
       Deputy Clerk